ROBERT W. FREEMAN
Nevada Bar No. 3062
PRISCILLA L. O'BRIANT
Nevada Bar No. 10171
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
E-Mail: Robert.Freeman@lewisbrisbois.com
E-Mail: Priscilla.Obriant@lewisbrisbois.com
*Attorneys for National Casualty Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PHILIP BOUCHARD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL CASUALTY COMPANY, a foreign corporation; COAST NATIONAL INSURANCE COMPANY dba FOREMOST INSURANCE GROUP, a foreign entity; SELMAN BREITMAN LLP, a foreign limit liability partnership corporation; DOES 1 through 10, and ROE CORPORATIONS 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-01084- JCM-BNW<br><br>**STIPULATION AND ORDER EXTENDING THE DEFENDANT NATIONAL CASUALTY COMPANY'S TIME TO RESPOND TO COMPLAINT TO JULY 17, 2020** |

Philip Bouchard ("Plaintiff") and National Casualty Company ("NCC"), by and through their undersigned counsel of record, agree that NCC shall have an additional four days of time from July 13, 2020 through and including July 17, 2020, in which to file its responsive pleading in response to the Amended Complaint (Doc. 1-1) filed in this action by Plaintiff.

This is the first extension of time requested by counsel for filing Defendant NCC's response to Plaintiff's Amended Complaint.

/ / /

/ / /

/ / /

4814-8289-4530.1

**Reasons for Extension**

NCC requests a brief extension to complete their review of the averments contained in the Amended Complaint and prepare its response. Therefore the parties have agreed to this extension. This brief extension will not prejudice any party or cause undue delay.

Dated this 13th day of July, 2020.                     Dated this 13th day of July, 2020.

 /s/ Priscilla L. O'Briant                                         /s/ Jordan P. Schnitzer
ROBERT W. FREEMAN, ESQ.                       JORDAN P. SCHNITZER, ESQ.
Nevada Bar No. 3062                                         Nevada Bar No. 10744
PRISCILLA L. O'BRIANT, ESQ.                    THE SCHNITZER LAW FIRM
Nevada Bar No. 10171                                       9205 W. Russell Road, Suite 240
LEWIS BRISBOIS BISGAARD & SMITH    Las Vegas, NV  89148
6385 S. Rainbow Blvd., Suite 600                  *Attorney for Plaintiff*
Las Vegas, Nevada 89118
*Attorneys for NCC*

**ORDER**

IT IS SO ORDERED.

Dated this 16th day of July, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

4814-8289-4530.1                                              2

**Archived:** Monday, July 13, 2020 2:23:49 PM
**From:** Jordan Schnitzer
**Sent:** Monday, July 13, 2020 2:01:52 PM
**To:** Cordell, Anne
**Cc:** O'Briant, Priscilla
**Subject:** [EXT] RE: SAO - Answer BOUCHARD v National Casualty
**Sensitivity:** Normal

---

You can add my e-signature.

*Jordan P. Schnitzer, Esq.*





TheSchnitzerLawFirm.com
Tel 702.960.4050 | Fax 702.960.4092
Email Jordan@TheSchnitzerLawFirm.com
9205 West Russell Road | Suite 240 | Las Vegas, Nevada 89148

This electronic message and any attachments come from a law firm and may contain information that is or may be legally privileged, confidential, proprietary in nature, or otherwise protected by law from disclosure. The message and attachments are intended only for the use of the addressee. If you are not the intended recipient, please contact me so that any mistake in transmission can be corrected and then delete the message and any attachments from your system. Thank you.

---

**From:** Cordell, Anne <Anne.Cordell@lewisbrisbois.com>
**Sent:** Monday, July 13, 2020 1:45 PM
**To:** Jordan Schnitzer <Jordan@TheSchnitzerLawFirm.com>
**Cc:** O'Briant, Priscilla <Priscilla.Obriant@lewisbrisbois.com>
**Subject:** RE: SAO - Answer BOUCHARD v National Casualty

The WORD document link is below; I have also attached it I pdf.



**Anne Cordell**  - Assistant to:
   **Priscilla L. O'Briant**
   **Damon Stemen**
   **Tara Teegarden**
Anne.cordell@lewisbrisbois.com
  T:  702.693.4324  F:  702.893.3789

6385 S. Rainbow Blvd., Ste. 600, Las Vegas, NV 89118 | LewisBrisbois.com

Representing clients from coast to coast. View our nationwide locations.

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Jordan Schnitzer [mailto:Jordan@TheSchnitzerLawFirm.com]
**Sent:** Monday, July 13, 2020 1:42 PM
**To:** Cordell, Anne
**Cc:** O'Briant, Priscilla
**Subject:** [EXT] RE: SAO - Answer BOUCHARD v National Casualty

External Email

Nothing is attached.





 

TheSchnitzerLawFirm.com
Tel 702.960.4050 | Fax 702.960.4092
Email Jordan@TheSchnitzerLawFirm.com
9205 West Russell Road | Suite 240 | Las Vegas, Nevada 89148

This electronic message and any attachments come from a law firm and may contain information that is or may be legally privileged, confidential, proprietary in nature, or otherwise protected by law from disclosure. The message and attachments are intended only for the use of the addressee. If you are not the intended recipient, please contact me so that any mistake in transmission can be corrected and then delete the message and any attachments from your system. Thank you.

**From:** Cordell, Anne <Anne.Cordell@lewisbrisbois.com>
**Sent:** Monday, July 13, 2020 1:40 PM
**To:** Jordan Schnitzer <Jordan@TheSchnitzerLawFirm.com>
**Cc:** O'Briant, Priscilla <Priscilla.Obriant@lewisbrisbois.com>
**Subject:** SAO - Answer BOUCHARD v National Casualty

Mr. Schnitzer, attached please find stipulation and order extending National Casualty's time to respond to the Complaint July 17, 2020.

Please advise if we have your approval to use your e-signature and file with the Court today.  Thank you.

| SAO Answer BOUCHARD v National Casualty.docx | OPEN | VIEW | GO TO |

Powered by **net**documents