1  Jordan P. Schnitzer, Esq.
   Nevada Bar No. 10744
2  THE SCHNITZER LAW FIRM
   9205 W. Russell Road, Suite 240
3  Las Vegas, Nevada 89148
   Telephone:  (702) 960-4050
4  Facsimile:  (702) 960-4092
   Jordan@TheSchnitzerLawFirm.com
5  *Attorney for Plaintiff*

6

7                    **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF NEVADA**

9

10  PHILIP BOUCHARD,                          )  Case No.: 2:20-cv-01084-JCM-BNW
                                              )
11          Plaintiff,                        )
                                              )
12      vs.                                   )
                                              )
13  NATIONAL CASUALTY COMPANY, a              )  **STIPULATION AND ORDER FOR**
    foreign corporation; COAST NATIONAL       )  **STAY PENDING RULING ON**
14  INSURANCE COMPANY dba FOREMOST            )  **VARIOUS PENDING MOTIONS**
    INSURANCE GROUP, a foreign entity;        )
15  SELMAN BREITMAN LLP, a foreign limit      )
    liability partnership; STEPHENSON &       )
16  DICKINSON, a Nevada professional          )
    corporation; DOES 1 through 10, and ROE   )
17  CORPORATIONS 1 through 20, inclusive,     )
                                              )
18          Defendants.                       )
    _____ )

19

20          Plaintiff Philip Bouchard (hereafter "Plaintiff"), by and through his attorney of record,

21  Jordan P. Schnitzer, Esq. of the The Schnitzer Law Firm, Defendant Coast National Insurance

22  Company dba Foremost Insurance Group (hereafter "CNIC"), by and through its attorneys of

23  record, David J. Feldman, Esq. and John C. Dorame, Esq. of The Feldman Firm, P.C., Defendant

24  National Casualty Company (hereafter "NCC"), by and through its attorneys of record, Robert W.

25  Freeman, Esq. and Priscilla L. O'Briant, Esq. of Lewis Brisbois Bisgaard & Smith LLP, Defendant

26  Stephenson & Dickinson, by and through its attorneys of record, Sheri Thome, Esq. of Wilson

27  Elser Moskowitz Edelman & Dicker LLP, and Defendant Selman Breitman LLP, by and through

28  its attorneys of record, Nathaniel S. Braun, Esq. and Gil Glancz, Esq. of Selman Breitman LLP,

                                              1

1    and hereby provides their joint stipulated request for a stay of discovery pending the Court's ruling

2    on CNIC's Motion to Dismiss (ECF No. 5), Selman Breitman LLP.'s Motion to Dismiss (ECF No.

3    7),  Plaintiff's Motion to Remand (ECF No. 10), and NCC's Motion to Consolidate (ECF No. 19).

4         The parties attended the FRCP 26(f) conference on August 14, 2020. However, various

5    parties have filed several Motions, as noted, that will remain pending for ruling as the parties

6    would otherwise press the matter toward completion of discovery. Given the potential impact upon

7    discovery actions from ruling on Plaintiff's Motion to Remand, NCC's Motion to Consolidate, as

8    well as CNIC and Selman Breitman LLP.'s Motions to Dismiss, in an effort to cooperate and

9    attempt preservation of resources, the parties submit this stipulated request for a stay of discovery

10   and related litigation deadlines pending the Court's ruling on the now pending Motion to Remand,

11   Motion to Consolidate, and Motions to Dismiss.

12        Pursuant to this joint request, deadlines in the Federal Rules of Civil Procedure and the

13   Local Rules of this Court should be stayed until resolution of the Motion to Remand and Motions

14   to Dismiss, and discovery directed to and between the parties will be stayed by the Court's Order

15   on this stipulated request. In addition, the parties stipulate that they will serve no other pleading

16   or papers unless ordered by the Court.

17        The parties further stipulate that the stay should remain in effect until further Order of the

18   Court for the Motion to Remand, Motion to Consolidate, and Motions to Dismiss, now pending,

19   and that within fourteen (14) days of the ruling upon the Motion to Remand, Motion to Consolidate

20   and/or Motions to Dismiss, whichever shall be first decided, the parties will jointly submit a

21   scheduling order with the time constraints of LR 26-1 as calculated from the date of the Court's

22   ruling on the pending Motions.

23   Dated:   9/1/2020

24    /s/ David Feldman
     David J. Feldman, Esq.
     Nevada Bar No. 5947
25   THE FELDMAN FIRM
     8831 West Sahara Avenue
26   Las Vegas, Nevada 89117
     Telephone:  (702) 949-5096
27   Facsimile:  (702) 949-5097
     dfeldman@feldmanattorneys.com
28   *Attorneys for Defendant Coast National Insurance Company*
     /

2

The parties so stipulate.

| | |
|---|---|
| Dated: ___9/1/2020___ | Dated: ___9/1/2020___ |
| By: ___/s/ Jordan Schnitzer___<br>Jordan P. Schnitzer, Esq.<br>Nevada Bar No. 10744<br>9205 W. Russell Road, Suite 240<br>Las Vegas, Nevada 89148<br>Telephone: (702) 960-4050<br>Facsimile: (702) 960-4092<br>Jordan@TheSchnitzerLawFirm.com<br>*Attorney for Plaintiff* | By: ___/s/ Sheri Thome___<br>Sheri Thome, Esq.<br>Nevada Bar No. 8657<br>300 S. 4th St., 11th Floor<br>Las Vegas, NV 89101<br>Phone 702.727.1400<br>Fax 702.727.1401<br>Sheri.Thome@wilsonelser.com<br>*Attorney for Stephenson & Dickinson* |
| Dated: ___Sept. 1, 2020___<br>NV#11248<br>By: ___Casey O___ for:<br>Gil Glancz, Esq.<br>Nevada Bar No. 9813<br>Nathaniel S. Braun, Esq.<br>*Pro Hac Vice* pending<br>3993 Howard Hughes Pkwy., Suite 200<br>Las Vegas, NV 89169<br>Phone 702.228.7717<br>Fax 702.228.8824<br>nbraun@selmanlaw.com<br>glancz@selmanlaw.com<br>*Attorneys for Selman Breitman LLP* | Dated: ___9/1/2020___<br>By: ___/s/ Robert Freeman___<br>Robert W. Freeman, Esq.<br>Nevada Bar No. 3062<br>Priscilla L. O'Briant, Esq.<br>Nevada Bar No. 10171<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>Telephone: (702) 893-3383<br>Fax: (702) 893-3789<br>Robert.Freeman@lewisbrisbois.com<br>Priscilla.Obriant@lewisbrisbois.com<br>*Attorneys for National Casualty Company* |

## ORDER

**IT IS SO ORDERED** the instant matter is hereby stayed consistent with the parties' joint stipulated request, until ruling upon CNIC's Motion to Dismiss (ECF No. 5), Selman Breitman LLP.'s Motion to Dismiss (ECF No. 7), and NCC's Motion to Consolidate (ECF No. 19), and/or Plaintiff's Motion to Remand (ECF No. 10), after which the parties will jointly submit to the Court within fourteen (14) days a Case Scheduling Order that comports with LR 26-1 as measured from the date of the Court's ruling on the pending Motions.

_____
UNITED STATES MAGISTRATE JUDGE
Dated: ___September 3, 2020_____